BENJAMIN P. LECHMAN
California State Bar Number 185729
964 Fifth Ave. #320
San Diego, California 92101-5008
Telephone: (619) 699-5935

Attorney for Defendant Pulido-Jara

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS FELIPE PULIDO-JARA,<br>Defendant. | CASE NO. 08CR0735-LAB<br><br>UNOPPOSED MOTION TO AMEND ORDER FOR PRE-SENTENCE REPORT TO CRIMINAL HISTORY REPORT |

TO: KAREN HEWITT, UNITED STATES ATTORNEY, AND
JOSEPH ORABONA, ASSISTANT UNITED STATES ATTORNEY; AND
VICTORIA A. CHALMERS, UNITED STATES PROBATION OFFICER:

Mr. Pulido-Jara, by and through his attorney Benjamin P. Lechman, respectfully requests an order amending Your Honor's Order for a Pre-Sentence Report to allow probation to prepare and file a criminal history report instead. Mr. Pulido-Jara makes this request because Mr. Pulido-Jara is facing a stipulated sentence pursuant to the plea agreement, a personal pre-sentence interview is impractical for the parties because Mr. Pulido-Jara is currently being housed by the United States Marshals Service outside the state of California, in San Luis, Arizona, and neither the assigned Probation Officer nor AUSA opposes this request. This Court recently granted an identical motion for Co-Defendant Oscar Lopez as well [docket #30]. Respectfully submitted,

DATED: April 30, 2008

s/Benjamin P. Lechman
BENJAMIN P. LECHMAN
**Attorney for Mr. Pulido-Jara**