UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS FELIPE PULIDO-JARA,<br><br>Defendant. | ) | CASE NO. 08CR0735-LAB<br><br>**ORDER AMENDING REQUEST FOR PRE-SENTENCE REPORT TO CRIMINAL HISTORY REPORT** |

Good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Court's previous request for a Pre-Sentence Report is amended to allow the United States Probation Department to prepare and file a criminal history report instead.

**IT IS SO ORDERED**:

DATED: May 4, 2008

[signature]

HONORABLE LARRY ALAN BURNS
United States District Judge